**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00408-CV**

_____

**IN THE INTEREST OF R.E.W.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-214,431-B**

**MEMORANDUM OPINION**

On March 22, 2018, we abated the appeal due to bankruptcy. *See* Tex. R. App. P. 8. We reinstated the appeal on the unopposed motion of the appellant, Leah Duplantis, to reinstate and dismiss the appeal. *See* Tex. R. App. P. 8.3(a). The appellant notified the Court that she no longer desires to prosecute this appeal because the parties have settled their dispute. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on November 7, 2018
Opinion Delivered November 8, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.